IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES HARNER,

    Plaintiff,

vs.                                      Civ. No. 12-820 KG/KK

WONG CORPORATION,
d/b/a PC MAGIC PRO, a/k/a PC MAGIC,

    Defendant.

## FINAL ORDER GRANTING SUMMARY JUDGMENT

Having granted Wong's Corporation's Second Motion for Summary (Doc. 49) by a Memorandum Opinion and Order entered contemporaneously with this Final Order Granting Summary Judgment,

IT IS ORDERED that

1. summary judgment is entered in Defendant's favor on the remaining copyright infringement claim in Count I of the Complaint for Infringement of Copyright (Doc. 1), which refers to Defendant's advertisement on page 256 of the 2008/2009 *Yellowbook*;

2. the remaining copyright infringement claim is dismissed with prejudice; and

3. this lawsuit is now terminated.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE